IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

NYIA SEARCY,                      )
                                  )
         Plaintiff,               )
                                  )
vs.                               )         No. 10-2357-MlV
                                  )
REGIONAL ADJUSTMENT BUREAU, INC.  )
                                  )
         Defendant.               )
_____

REPORT AND RECOMMENDATION
_____

The burden is upon the plaintiff to prosecute her case. By letter dated December 14, 2011, the pro se plaintiff was ordered to appear for a scheduling conference before U.S. Magistrate Judge Diane K. Vescovo on January 10, 2012. Plaintiff failed to appear. The scheduling conference was reset for February 16, 2012, at 9:30 a.m. before U.S. Magistrate Judge Diane K. Vescovo. The plaintiff failed to appear. An Order to Show Cause was entered ordering the plaintiff to show cause within fourteen days why the case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The plaintiff was warned that failure to respond to the Order to Show Cause would result in a recommendation to the district judge for dismissal of the lawsuit for failure to prosecute. Plaintiff has not responded to the Order to Show Cause.

Accordingly, it is recommended that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

IT IS SO ORDERED this 13th day of March, 2012.

                                      s/ Diane K. Vescovo
                                      DIANE K. VESCOVO
                                      UNITED STATES MAGISTRATE JUDGE