```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

```
NYIA SEARCY,                  )
                              )
     Plaintiff,               )
                              )
v.                            )     No. 2:10-cv-02357-JPM-dkv
                              )
REGIONAL ADJUSTMENT           )
BUREAU, INC.,                 )
                              )
     Defendant.               )
```

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE PURSUANT TO RULE 41(b)**

Pending before the Court is the Report and Recommendation of Magistrate Judge Diana K. Vescovo, submitted March 13, 2012 (Docket Entry ("D.E.") 14), recommending that the Court dismiss Plaintiff Nyia Searcy's case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety.  Plaintiff's case is hereby DISMISSED for her failure to prosecute.

SO ORDERED this 30th day of March, 2012.

/s/ JON P. McCALLA
CHIEF UNITED STATES DISTRICT JUDGE